AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Emanuel H. Jones
Plaintiff

V.

New castle county Officer Supervisor
Police Department Morris Domenick Gregory
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06-674

I, Emanuel H. Jones declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant    • • Other

Scanned- BP 11/2/06

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
NOV - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  • Yes  • No  (If "No" go to Question 2)

    If "YES" state the place of your incarceration  Howard R. Young Correctional Institution

    Inmate Identification Number (Required): SBI # 557338

    Are you employed at the institution? NO  Do you receive any payment from the institution? NO

    *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed?  • • Yes  • No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment         • • Yes    • No
    b. Rent payments, interest or dividends                  • • Yes    • No
    c. Pensions, annuities or life insurance payments        • • Yes    • No
    d. Disability or workers compensation payments           • • Yes    • No
    e. Gifts or inheritances                                  • • Yes    • No
    f. Any other sources                                      • • Yes    • No

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  (• • No)

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   • • Yes  (• • No)

   If "Yes" describe the property and state its value.

   None

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   None

I declare under penalty of perjury that the above information is true and correct.

Oct-19-2006                    Emanuel H. James
DATE                           SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Case 1:06-cv-00674-SLR    Document 1-2    Filed 11/02/2006    Page 1 of 1

```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
10/23/06 11:08
ST 006 / OPR KJG

SBI                   :  557338
Resident Name         :  JONES, EMMANUEL
Time Frame            :  01/29/2006 10:06 - 10/23/2006 11:08

------------------------------------------------------------------------------------
Date        Time    Type              ST   OPR    Receipt #       Amount     Balance
------------------------------------------------------------------------------------

01/29/2006  10:06   Intake            5    bsf    E12978            6.02        6.02
02/08/2006  05:43   Order             2    DDT    B100503           5.87        0.15
05/27/2006  22:52   Add               5    lmw    E15269           11.10       11.25
06/07/2006  10:24   Order             2    DDT    B118583          10.89        0.36
07/21/2006  11:50   Add               4    SED    D51356          150.00      150.36
07/26/2006  08:47   Order             2    DDT    B125854          59.16       91.20
08/02/2006  11:02   Order             2    WLH    B126817          58.20       33.00
08/07/2006  12:45   Credit            2    WLH    B127185          13.58       46.58
08/07/2006  12:46   Order             2    WLH    B127186          18.97       27.61
08/16/2006  08:57   Order             2    DDT    B128959           1.41       26.20
08/16/2006  13:41   Credit            2    DDT    B128971           1.41       27.61
08/23/2006  08:32   Rec Payment      10    bsp    J5248             2.75       24.86
08/30/2006  08:10   Rec Payment      10    bsp    J5258             3.15       21.71
08/31/2006  08:56   Order             2    WLH    B130894           1.88       19.83
09/04/2006  11:01   Order             2    WLH    B131199          13.82        6.01
09/11/2006  06:58   Order             2    WLH    B132079           5.44        0.57
10/02/2006  06:42   Order             2    DDT    B134996           0.46        0.11
```



FILED
NOV - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BD  11/2/06