(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Emanuel H. Jones #557338
(Name of Plaintiff)        (Inmate Number)

Howard R. Young Correctional Inst
1301 East 12th Street
Wilmington, DE 19809
(Complete Address with zip code)

- 06 - 674 -

(2) _____
(Name of Plaintiff)        (Inmate Number)

(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) Officer Norris Badge #2463.2

(2) New Castle County Police Department

• • Jury Trial Requested

(3) Supervisor: Domenick Gregory - OJNCDXG
(Names of Defendants)

FILED

NOV - 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
       including year, as well as the name of the judicial officer to whom it was assigned:

   _____

   _____

   _____ N/A _____

   _____

   _____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (•Yes) ••No

C. If your answer to "B" is Yes:

1. What steps did you take? I Filed Two Grievances to the Medical Department about My Back Pains & Injuries

2. What was the result? One Resolved, one is still in process about My Back pains & Injuries

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: OFFICER NORRIS (Badge #) 2463-2
Employed as NCC Police OFFICER at Newcastle County Police Departmen
Mailing address with zip code: 3601 N. Dupont HwY
New castle, De 19720

(2) Name of second defendant: New castle county Police Department
Employed as NCCPD at NCCPD
Mailing address with zip code: 3601 N. Dupont HwY
New castle, De 19720

(3) Name of third defendant: Damewick Gregory oJnYDxG
Employed as County Police Supervisor at New castle county Police Departmen
Mailing address with zip code: 3601 N. Dupont HwY
New castle, De 19720

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. See attached Sheets

2.

3.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Compensate, Me For pain & Suffering For My Back pains, Racial discrimination, Accessive Force, Mental Anguish & depression, Threatening My life, Police Brutality, Violations of My civil Rights

3

2. Compensate Me For Medical Damages and punitive Damages, Severe Head Aches, Can't Sleep also Can't lay on My Right Side of My Body.

3. Compensate Me For Police Negligence My Injuries, Violating due process, to Be Compensated $500,000 For all damages

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of October, 2006.

_Emanuel H James_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

(1)

On the 27th day of May-2006, the New Castle County Police was looking for Me (Emanuel.H. Jones) cause I was accused of a assault, Officer Norris #2463·2 of the New Castle County Police came to a Friends Residence to speak with her about the assault, there was also another Female Friend there, that went to the Back door of the Residence to see what the Officer was doing the Officer spoke with the Female then put her in the Back seat of his patrol car, then I Emanuel H. Jones went to the Back door of the Residence, as I stepped out the Back door Officer Norris #2463·2 pulled out his Service Weapon (Gun) in pointed it at me, I got scared and went Back in the Residence, I then came out the Front door walking Fast to about 25 Feet From the Residence, Stopped Because my legs started hurting cause I do have medical problems with my legs, So I Stopped and put my hands up in the air then placed my hands on Top of a parked car, Officer #Norris #2463·2 was Behind me around Five to Six Feet away From Me, I then said to Officer Norris #2463 that you got me, then Officer Norris #2463·2 yelled get down on the F_cking ground, I turned ^My Head around into Officer Norris that I had Bad legs in they was hurting Officer Norris yelled again get down on the ground you "Nigga", I kept my calm in Repeated myself to Officer Norris #2463·2 that I have Bad legs, He then Shot me in the Back with his Tazer gun it took total control of my Body as I was Falling to the Ground I hit my

Continue on next page



②

head on the parked car, He left the Tazer on me so long I Rolled From the Back of the parked car to the Front Screaming For Help cause it was Shocking Me. Officer Norris #2463-2 then Stopped the Tazer put his Knees in My Back and put the handcuffs on Me, this whole arrest happen in Front of his patrol car, 25 Feet Away From the patrol car, cause the patrol car was Right in Front of the Residence at 761 White Rock, Bear De, So if the patrol car got a camera on Front of it, it will Show the officer shooting his Tazer gun For No Reason at all, So as Officer Norris #2463-2 put his handcuffs on me he put the handcuffs on so tight that they left scars on my wrist, as other Officers arrived on the scene they placed Me in Back of the patrol car, then I was transfered to the Route 13 Headquarters, at Headquarters Officer Norris #2463-2 threaten Me to Refuse Medical treatment and Sign a paper as I was in pain From the Tazer, officer Norris #2463-2 said in a low voice to My Face that if I didn't Refuse Medical treatment and Sign a paper he was gonna Make up other charges on Me and Every time he see me on the streets he is gonna Make My life a living Hell, So out of me Being Scared of the police and having Fear of them I Signed the paper and Refused Medical treatment. So I was transported to Howard. R. Young Correctional Institution and I Been here since May-27-2006 and I'm doing a year state time here, Since I Been here I've Been having Bad Back pains and sharp pains that Runs down

continue on next page

(3)

My Right legs and I also use the Bathroom more 3 or 4 times a day & I have Bad head aches that makes me very dizzie at times the Medical department here at H.R.Y.C.I (aka) Gander Hill do have Reports & Records of my Back pains, I also put in two Grievances since I been here about my Back pains, the doctor assistant and the doctor said the Tazer may have damaged some Nerves in my Back and I Been taking very strong pain medication since I Been here at H.R.Y.C.I and my Back continues to give me pain. I can't sleep and when I do sleep I have Bad Nightmares about police hurting me, I can't lay on my Right side cause it hurt everytime I try to, I keep getting sharp pains running down my Right leg and I get very dizzie at times in I have alot of Bad Head Aches, I will like to File this lawsuit against the New castle county police department and also Officer Norris #2463-2 of the New castle county Police department for police Brutality, Accessive Force, Threatening, damaged Nerves Racial Discrimination, pain & Suffering, Mental anguish & depression, and there is also some Evidence in this lawsuit, Evidence 1 one white T Shirt with a very large Blood Stain on the Back of it From the Tazer, Medical Records & Reports From Howard.R. Young correctional Institution, there is also a arrest Report that Officer Norris #2463-2 wrote and he admit that

continue on next page

④

he used his Tazer gun on me the case Number is 2605024934 & the complaint Number is 32-06-062239, I would also like to use the camera on Officer Norris Badge #2463-2 patrol car on May.27.2006 at 11:45 AM as Evidence cause it will show Every thing that Happen, cause it was in View of the camera on his patrol car. this is all the Facts in my claim on the New castle County Police and Officer Norris-Badge 24632 of the New castle county Police Department, also New castle County Police Supervisor Domenick Gregory.

Sincerely Yours

Emanuel.H.Jones
SBI #557333
Howard.R.Young Correctional In6
1301 East 12th Street
Wilmington, DE 19809

I also have a witness in this case.

Emanuel. H. Jones #557332
Howard. R. Young Correctional Institution
1301 East 12th Street * P.O. Box 9561
Wilmington, DE 19809

Clerk
U.S. District Court
LockBox *18
844 N. King Street
Wilmington, DE 19801