Can you File this also with
Case → Jones V. Norris
Case Number → 1:06-cv-674
(SLR)

Dear: Clerk

Can you please file this claim with my other claims. File this claim for the New Castle Police Department Failure to Train Officer Norris #2463-2 for the use of Force and for Violating my Constitutional Rights, and I will also like to ad to my claim Compensatory damage cause my life will never be the same again cause I can't do the things I use to do cause when I bend over it hurts, when I lay on my right side it hurts, when I walk my right leg hurt at times that I have to sit down I can't walk a long distance cause my leg & back will start hurting, punitive damage cause this officer actions was evil Reckless or callous indifference to the Federally Protected Rights of others cause he don't like Blacks. Also the Chief of New Castle County Police was made aware of this officer actions & the Internal Affairs department at the County Police department also County Executive Chris Coons & Mr. Jea P. Street also the Attorney General at the Justice Department in Washington DC.

FILED
NOV 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2

So I made everybody aware of this situation by officer Norris #2463-2 also compensatory damage for false imprisonment because, the officer was looking for me (Emanuel.H Jones) for assault that a acquaintance accused me of but officer went to the accuser in saw no injuries of a assault, But later charging me with a Burglary 2nd & Resisting arrest But these charges was dismissed an August-28-2006 which I was only charge with offensive touching that only carries 30 days incarceration which I spent 3 months in jail for nothin and was charge with other wrong doings then what the accuser said, I never broke in his house the accuser never said anything about any Burglary he only said that I hit him in the face, But I was charge with other crimes that wasn't mention by the victem, also officer Norris used the resisting arrest to cover his actions for wrong doings, the arrest report will show that I never resisted, & I wasn't no threat to officer Norris to him to shoot me with his Taser & to call me a Nigga, an to use Excessive Force on me and to

physical abused me By leaving Scars on my wrist From the handcuffs and threatening me to Refuse Medical treatment cause I was in pain From the Taser InJurie to my Back, Officer Norris #2463 also threaten my life cause he knew I was gonna File a Suit Against him, thats why he Scared me with his threats not to get Medical treatment & Made me sign a paper, officer also wrote in his Report that I (Emanuel.H.Jones) wasn't Injured, I was in pain From the Tazer, and the Blood on Back of my T Shirt will Show that I was Injured. I was Injured when I hit my head on the car. I am very Happy that my Friend Daniel Jones was parked in his car to see every thing that happen to me cause he was parked Right across the street From the Residence to see Everything the officer did to me, I'm glad I called him to come pick me up From the 761 White Rock drive Residence. I also put county Police Supervior Domenick Gregory For allowing this officer to comitt such act against me.

Emanuel.H.Jones
SBI #557332

Howard.R.Young Correctional Institute
1301 East 12th Street • P.O. Box 9561

