Case Number: Jones V. Norris et.
Case Number: 1:06-CV-674 SLR
Judge: SLR

Clerk can you also File this with My claim

The Officer Motives & Misconduct oF Excessive
Force & Racial discrimination is a Violation oF
My civil Rights & My constitutional Rights to
Be Free From physical Violence, Mistreatment,
Threats, Harassment, My Back pains are Very
Severe Because oF this oFFicer Misconduct,
and threats and Mistreatment, I'm takin Very
Strong Medication constantly Everyday, I
have No Feeling in My Right leg at times, also
OFFicer Norris called Me a Nigger and thats
in violation oF My civil Rights, I Never Been
called a hateful word like that in My liFe and
that causes Me alot oF Mental anger & stress
& depression cause oFFicer is Very Racis & evil,
also the oFFicer, threaten My liFe & threaten Me
& intimidated Me to ReFuse Medical treatment
knowing that I was in pain & had Blood
coming out the Injury to My Back From
his Taser gun that he leFt on Me to long
cause oF his Evil Motives and his hatred to
Blacks, oFFicer Norris also wrote in his arrest
Report that I wasn't Injured I was in pain
& had Blood dripping From My Back how can
I Not Be Injured, I also have Scars on
My wrist From the Handcuffs Being so tight
and oFFicer paid Me No Mind when I told
him the handcuffs was to tight, I also Should
Recieve Injunction RelieF cause EveryBody

06cv674 SLR

FILED
DEC 0 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



was made aware of this officer Misconduct, & actions as a New castle county Police officer the New castle county Police Department Internal affairs, the Chief, the County Executive Chris coons, also MR. Jea P. Street & the attorney General at the Justice Department in Washington D.C.. IM always having Bad dreams about this officer Misconduct I can Never play with My Nephews & Niece cause My Back is always hurting & I Be having Bad head aches that makes Me dizzie that I got to sit down, I cant Bend over oh walk long distance cause My Back & Right leg will hurt, My life will Never Be the same Because of officer Norris # 2463·2 actions of a violent police officer using wrongful oh excessive Force to Me and his use of force was unnecessary cause I surrended myself to the officer By putting my hands in the air & placing them on a parked car and telling the officer that My legs was hurting twice also under Delaware code, the use of Force is Justifiable if all other Reasonable Means of apprehension have Been exhausted, and all Reasonable Means wasn't exhausted in My case his Means was Reckless & dangerous & could of Killed Me if I wasn't in the Right Health. This officer knew that I Needed Medical treatment, But officer Norris*2463·2 threaten My life to Refuse when Blood was

③

dripping From My Back INjury and officer Norris#
2463-2 Supervisor Domenick Gregory should have
Known oF My Need oF Medical treatment But instead
He let this officer threaten Me For deprivation oF
Medical care under his supervision, and the supervisory
personel owed Me "Emanuel.H.Jones" a duty to properly
Supervise Me as a Individual under their authority and
Failed to do So For My Injuries, without a showing oF
direct Responsibility For the Improper action oF the
officer & the Supervisor, officer Norris#2463-2 & Supervisor
Domenick Gregory Represent a policy For which the
New castle county Police Department is Responsible,
it May Seem contrary to common sense to assert
that a Municipality will actually have a policy oF Not
taking Reasonable Steps to train it's employees. that
May Result in the Violation oF My constitutional Rights.
also in this instance that claim Relates to the officer's
Failure to Recognize and correct the Effects oF My
Taser Injury and the New castle county Police Department
Should have trained it's officers to Recognize the Medical
treatment I Needed and Not allowing this officer to
threaten My liFe to ReFuse Medical treatment.

Sincerely yours
Emanuel.H.Jones#557338
Howard.R.Young correctional Institution
1301 East 12th Street • P.O. Box 9561
Wilmington, De 19809

Emanuel. H. Jones # 557338

Howard.R.Young CorRectional

Institution

301 East 12th Street * P.O. 9561

$02.00⁰

CLerk

U.S. District Court

LockBox·18

844 N.King Street

Wilmington, DE. 19801

LEGAL MAIL