*(Original Copy)*

This is a Notarized copy of my witness statement for case Jones. V. Norris * Case # 1:06-CV-674 SLR

*(SLR)*

there is also a copy for each Defendant this is named

I Daniel Jones swear that this is the truth. I received a phone call on my cell phone from my friend Emanuel also known as Hassan to me, at the 7-11 on 273 while I was getting gas. Emanuel asked me could I come pick him up because we had plans on chilling that day. He explained to me that he wasn't at his brother's house, but he was down the street. He explained to me how to get to where he was at and I told him I would be there as soon as I got my gas. After I got gas I drove to the Village of Crofton to River end drive. I turned off of River End drive at the first left onto Red Clay drive. While I was driving down the street I saw a police car in front of a residence. As I got closer to the corner of Red clay and White Rock drive I realized this was the residence Emanuel said he was at because I noticed the number on the house, which was 761, along with the big camper and the Green blazer. I then pulled over because I didn't know what was going on. I also noticed an officer on the side of the 761 White Rock residence standing there with his gun out as if he was pointing it at somebody I noticed as well a person in the back seat of the police car. I then saw Emanuel come out the 761 residence walking fast then I saw the police officer right behind him. Emanuel then put his hands in the air and then placed them on a

06cv674 SLR

DEC 04 2006

This is a Notarized copy of
My Witness Statement For case
Jones. V. Norris * case # 1:06-CV-674

parked car. Emanuel then said in a pretty loud voice "you got me." The officer told him to get down on the fucking ground. Emanuel responded saying his legs were hurting him. The officer yelled again get down on the fucking ground nigger in a loud and aggressive voice. I was real shocked to hear the officer say that. Emanuel then turned his head around and said to the officer that his legs were really hurting him. The officer had out a yellow taser gun. After Emanuel told him a second time that his legs were hurting the officer shot him in his back while his hands were still on the car. Emanuel fell to the ground screaming for help but the officer left the taser on him long enough that he rolled from the back of the parked car to the front of the parked car screaming for help. The officer then stopped the taser, put his knees on Emanuel's back and put the handcuffs on him. Emanuel then screamed that the handcuffs where to tight but the officer paid it no mind. As the officers was putting Emanuel in the car Emanuel looked in my direction. It seemed to me that he noticed me so I shook my head. I waited for the officers to leave before I pulled off. I drove straight to his brothers

This is a Notarized Copy of My Witness Statement For Case Jones.V. Norris * Case #1:06-CV-674

to let him know what had happened, but nobody was home. I think the officers actions were racist and sinister. This is what I witnessed.

*Daniel Jones*

*[signature]* 11/20/06

*Notary*

Ex- 3/12/07

P.S. There is also a copy of this Witness Statement For Each Defendant Thats Named