Dear: Clerk

06-674 (SLR)

Can you please Send Me 5 copies of the U.S. Marshal 285 Form. Also can you Vacate the amended complaint (D.I.7) from the case cause I don't have any copies of the (D.I.7) But I have Sent the copies for Each defendant for (D.I.5&8) I would like that to Stay. Also Clerk can you Send Me Back the "Original" copy of the Witness Statement So I can have that for My own File. But if you have to Re-Screen & drop any previous orders I don't want that to Be done, and you can just go By the "Original Complaint". Thank you for your time & Consideration in this Matter.

Sincerely yours
Emanuel. H. Jones

SBi # 557338

H.R.Y.C.I * P.O. Box 9561
Wilmington, DE 19809

P.S. If you have to drop any previous orders or Re-Screen anything due to a Amended complaint, (don't) Just go Back to original complaint
 Thank You

please Send Me 5 copies of U.S. Marshal 285 Form, and the original



FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

