OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 9, 2007

TO:  Emanuel H. Jones
     SBI# 557338
     Howard R. Young Correctional Institution
     P.O. Box 9561
     Wilmington, DE 19809

**RE:  *Request for USM forms and DI 8; 06-674(SLR)***

Dear Mr. Jones:

     The Clerk's Office is in receipt of your request for USM 285 forms and the original witness statement (DI 8) filed with the Court on December 4, 2006.

     Please be aware that original filings can NOT be returned. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the DI 8 is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

     USM 285 forms are available at the institution at which you are presently incarcerated.  USM 285 forms are sent directly from the U.S. Marshal's Office to the institution library upon request from institution officials (when low or out of stock).  The institutions  provides the service forms to an inmate once a service order has been issued from the Court.  Consequently, the Clerk's office does not provide USM Forms 285 in response to individual requests.

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

 

 

 

     I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                         Sincerely,

/ead                          PETER T. DALLEO
                               CLERK


cc:  The Honorable Sue L. Robinson
enc: DI 8