IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL H. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-674-SLR |
| ) | |
| OFFICER NORRIS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 11th day of January, 2007.

Plaintiff Emanuel H. Jones, an inmate at the Howard R. Young Correctional Institution, filed a "motion to vacate the amended complaint" found at D.I. 7. (D.I. 10) The court construes the motion as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a) and to proceed on the original complaint (D.I. 2) and the amended complaint (D.I. 5).

IT IS THEREBY ORDERED that:

1. The motion to voluntarily dismiss the amended complaint found at D.I. 7 (D.I. 10) pursuant to Fed. R. Civ. P. 41(a) is **granted.**

2. The case will proceed on the original complaint (D.I. 2) and the amended complaint (D.I. 5).

                                                                                                              _____
UNITED STATES DISTRICT JUDGE