Case Number: 1:06-cv-674(SLR)
Case Name: Jones V. Norris

# DEAR: CLERK

Here are Amended complaint (D.I.5) and the Witness Statement of Daniel Jones (D.I.8) for each defendant thats named, also County Excutive Chris Coons. There is also a copy of the Arrest Report for each defendant thats Named the arrest Report is from Officer Norris #24632. Also there is a Monetary Relief Statement and a copy of appointment of counsel paper. I don't have any copies of Amended complaint (D.I.7)

Sincerely yours

Emanuel. H. Jones
SBI #557338
Howard.R. Young Correctional Institution
1301 East 12th Street • P.O. Box 9561
Wilmington, DE 19809



FILED
JAN 1 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned