Case Name: Jones V. Norris et al

DEAR: District Court of Delaware

My Name is Emanuel.H.Jones #557338 I'm currently at the Howard.R.Young Correctional Institution. I have a civil action in your court, Case Number 1:06-cv-674 (SLR) Case Number: Jones V. Norris et al I don't have a attorney to represent me in this case and I really need counsel in this civil action cause Officer Norris cause a very serious Injury to me. So I would like to Beg upon the Court, to appoint me Counsel cause I Really need Experience Help in this civil action, Can the District Court please appoint me Counsel in this civil action against Officer Norris and the New Castle County Police Department. Thank you for your time & Consideration in this Matter.



FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Sincerely your
Emanuel.H.Jones
SBI # 557338
Howard.R.Young Correctional Institution
1301 east 12th Street • P.O. Box 9561
Wilmington, De 19809

Emanuel. H. Jones #557338
Howard.R.Young Correction Institution
1301 East 12th Street · P.O.Box 9561
Wilmington, DE  19809



Clerk
U.S. District Court
LockBox·18
844 N. King Street
Wilmington, DE
19801