06/13/2006  09:25  3025557850                    ERIKA BENDER                                    PAGE  05

| Page: 4 | Report Date: 05/27/2006 | Agency: New Castle County PD | Complaint: 32-06-062239 |

06-674 (SLR)

### Investigative Narrative - Continued

been a dispute over money ▓▓▓ owes Emmanuel. Today, a friend of Francis' ▓▓▓ came to the above address and he let her in, leaving the door open. Shortly after this Emmanuel came in and confronted him about the money. During this confrontation V1 alleges he was punched in the face, but I did not see any injury. I also spoke with ▓▓▓▓▓▓▓▓▓▓▓▓. She confirmed the fact that Emmanuel was at the residence because she saw him leaving when she arrived home from shopping and she was asked for money. During this interview ▓▓▓ received a phone call and told me ▓▓▓ was at his other residence at 761 White Rock Rd., also in Bear De. I responded to that address and observed a female in the backyard. She appeared nervous and stated her name was ▓▓▓. I put her in my car and I asked her if anyone else was in the house, she stated no. The back door was ajar and I knew this had to be a drug flop house, so I waited for additional officers. During this time a b/m matching Emmanuel's description emerged from the back door. I ordered him out and he went back in. A few minutes later the same subject ran out of the front door. I caught up with him and he refused to comply with my orders to get on the ground. I subsequently deployed my C.E.D (Taser Cartridge #T05-696549) and he was taken into custody. He was identified as Emmanuel H. Jones b/m 04-26-71. (Defendant) A further inspection of the said residence revealed the subject ▓▓▓▓▓▓▓▓, who I had been looking for. All subjects were brought to County Hq. During and interviewed, ▓▓▓ confirmed ▓▓▓ story. Emmanuel admits to going to the residence and having an argument with ▓▓▓. He also states he asked for $75.00 from ▓▓▓▓▓▓▓ as he was leaving and she was arriving. D1 was not injured, but EMS responded to Hq. D1 refused medical treatment and signed a waiver which has been submitted. Warrants were completed for D1.



FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Police Report From Officer Norris Badge 2463.2

(SLR)

Case Number 1:06-cv-674    Case Name Jones. V. Norris

| Reporting Officer: OFC NORRIS - 2463 2 | Supervisor Approval: DOMENICK GREGORY OJNCDXG  Date 05/28/2006 1036 |
| Detective Notified: | Referred To: New Castle County PD - Criminal Unit |
| Solvability Factors | Witness | M O | Trace Stolen Property | Suspect Named | Status |
| | Suspect Located | Suspect Described | Suspect Identified | Suspect Vehicle Identified | Closed |

06/13/2006  08:25   3026557860              ERIKA BENDER                              PAGE  05

| age: | Report Date. | Agency: | | Complaint: |
|---|---|---|---|---|
| 4 | 05/27/2006 | New Castle County PD | | 32-06-062239 |

### Investigative Narrative - Continued

been a dispute over money ▓▓▓ owes Emmanuel. Today, a friend of Francis' ▓▓▓ came to the above address and he let her in, leaving the door open. Shortly after this Emmanuel came in and confronted him about the money. During this confrontation V1 alleges he was punched in the face, but I did not see any injury. I also spoke with ▓▓▓▓▓▓▓▓▓. She confirmed the fact that Emmanuel was at the residence because she saw him leaving when she arrived home from shopping and she was asked for money. During this interview ▓▓▓ received a phone call and told me ▓▓▓ was at his other residence at 761 White Rock Rd., also in Bear De. I responded to that address and observed a female in the backyard. She appeared nervous and stated her name was ▓▓▓, I put her in my car and I asked her if anyone else was in the house, she stated no. The back door was ajar and I knew this had to be a drug flop house, so I waited for additional officers. During this time a b/m matching Emmanuel's description emerged from the back door. I ordered him out and he went back in. A few minutes later the same subject ran out of the front door. I caught up with him and he refused to comply with my orders to get on the ground. I subsequently deployed my C.E.D (Taser Cartridge #T05-696549) and he was taken into custody. He was identified as Emmanuel H. Jones b/m 04-26-71. (Defendant) A further inspection of the said residence revealed the subject ▓▓▓▓▓, who I had been looking for. All subjects were brought to County Hq. During and interviewed, ▓▓▓ confirmed ▓▓▓ story. Emmanuel admits to going to the residence and having an argument with ▓▓▓. He also states he asked for $75.00 from ▓▓▓▓▓ as he was leaving and she was arriving. D1 was not injured, but EMS responded to Hq. D1 refused medical treatment and signed a waiver which has been submitted. Warrants were completed for D1.

Police Report From Officer Norris Badge 2463·2

(SLR)

Case Number 1:06-cv-674    Case Name: Jones-cv-Norris

| Reporting Officer | | Supervisor Approval |
| --- | --- | --- |
| OFC NORRIS - 2463 2 | | DOMENICK GREGORY OJNCDXG  Date 05/28/2006 1036 |
| Detective Notified | Referred To | |
| | New Castle County PD - Criminal Unit | |
| Solvability Factors | Witness | M O | Trace Stolen Property | Suspect Named | Status |
| | Suspect Located | Suspect Described | Suspect Identified | Suspect Vehicle Identified | Closed |

06/13/2006  08:25  3026557860  ERIKA BENDER  PAGE 05

| age: | Report Date. | Agency: | | Complaint |
|---|---|---|---|---|
| J | 05/27/2006 | New Castle County PD | | 32-06-062239 |

## Investigative Narrative - Continued

been a dispute over money ▮▮▮▮ owes Emmanuel. Today, a friend of Francis' ▮▮▮▮ came to the above address and he let her in, leaving the door open. Shortly after this Emmanuel came in and confronted him about the money. During this confrontation V1 alleges he was punched in the face, but I did not see any injury. I also spoke with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. She confirmed the fact that Emmanuel was at the residence because she saw him leaving when she arrived home from shopping and she was asked for money. During this interview ▮▮▮ received a phone call and told me ▮▮▮ was at his other residence at 761 White Rock Rd., also in Bear De. I responded to that address and observed a female in the backyard. She appeared nervous and stated her name was ▮▮▮. I put her in my car and I asked her if anyone else was in the house, she stated no. The back door was ajar and I knew this had to be a drug flop house, so I waited for additional officers. During this time a b/m matching Emmanuel's description emerged from the back door. I ordered him out and he went back in. A few minutes later the same subject ran out of the front door. I caught up with him and he refused to comply with my orders to get on the ground. I subsequently deployed my C.E.D (Taser Cartridge #T05-696549) and he was taken into custody. He was identified as Emmanuel H. Jones b/m 04-26-71. (Defendant) A further inspection of the said residence revealed the subject ▮▮▮▮▮▮▮, who I had been looking for. All subjects were brought to County Hq. During and interviewed, ▮▮▮▮ confirmed ▮▮▮▮ story. Emmanuel admits to going to the residence and having an argument with ▮▮▮▮. He also states he asked for $75.00 from ▮▮▮▮▮▮▮▮ as he was leaving and she was arriving. D1 was not injured, but EMS responded to Hq. D1 refused medical treatment and signed a waiver which has been submitted. Warrants were completed for D1.


Police Report From Officer Norris Badge 2463.2 (SLR)

Case Number 1:06-cv-674    Case Name Jones-cv-Norris

| Reporting Officer | | Supervisor Approval |
|---|---|---|
| OFC NORRIS  - 2463 2 | | DOMENICK GREGORY  OJNCDXG  Date 05/28/2006 1036 |
| Detective Notified | Referred To | |
| | New Castle County PD - Criminal Unit | |
| Solvability Factors | ☐ Witness  ☐ M O  ☐ Trace Stolen Property  ☐ Suspect Named | Status |
| | ☐ Suspect Located  ☐ Suspect Described  ☐ Suspect Identified  ☐ Suspect Vehicle Identified | Closed |

06/13/2006  08:25  3026557860  ERIKA BENDER  PAGE 05

| age: | Report Date. | Agency: | | Complaint |
|---|---|---|---|---|
| J | 05/27/2006 | New Castle County PD | | 32-06-062239 |

## Investigative Narrative - Continued

been a dispute over money ▓▓▓ owes Emmanuel. Today, a friend of Francis' ▓▓▓ came to the above address and he let her in, leaving the door open. Shortly after this Emmanuel came in and confronted him about the money. During this confrontation V1 alleges he was punched in the face, but I did not see any injury. I also spoke with ▓▓▓. She confirmed the fact that Emmanuel was at the residence because she saw him leaving when she arrived home from shopping and she was asked for money. During this interview ▓▓▓ received a phone call and told me ▓▓▓ was at his other residence at 761 White Rock Rd., also in Bear De. I responded to that address and observed a female in the backyard. She appeared nervous and stated her name was ▓▓▓. I put her in my car and I asked her if anyone else was in the house, she stated no. The back door was ajar and I knew this had to be a drug flop house, so I waited for additional officers. During this time a b/m matching Emmanuel's description emerged from the back door. I ordered him out and he went back in. A few minutes later the same subject ran out of the front door. I caught up with him and he refused to comply with my orders to get on the ground. I subsequently deployed my C.E.D (Taser Cartridge #T05-696549) and he was taken into custody. He was identified as Emmanuel H. Jones b/m 04-26-71. (Defendant) A further inspection of the said residence revealed the subject ▓▓▓, who I had been looking for. All subjects were brought to County Hq. During and interviewed, ▓▓▓ confirmed ▓▓▓ story. Emmanuel admits to going to the residence and having an argument with ▓▓▓. He also states he asked for $75.00 from ▓▓▓ as he was leaving and she was arriving. D1 was not injured, but EMS responded to Hq. D1 refused medical treatment and signed a waiver which has been submitted. Warrants were completed for D1.


Police Report From Officer Norris Badge 2463·2 (SLR)

Case Number 1:06-cv-674    Case Name Jones-V-Norris

| | Supervisor Approval |
|---|---|
| Reporting Officer | DOMENICK GREGORY OJNCDXG Date 05/28/2006 1036 |
| OFC NORRIS - 2463 2 | |
| Detective Notified | Referred To |
| | New Castle County PD - Criminal Unit |

| Solvability Factors | Witness | M O | Trace Stolen Property | Suspect Named | Status |
|---|---|---|---|---|---|
| | Suspect Located | Suspect Described | Suspect Identified | Suspect Vehicle Identified | Closed |

```
06/13/2006  08:25   3026557860           ERIKA BENDER                    PAGE  05
```

| age: | Report Date. | Agency: | Complaint: |
|---|---|---|---|
| J | 05/27/2006 | New Castle County PD | 32-06-062239 |

### Investigative Narrative - Continued

been a dispute over money ▓▓▓▓ owes Emmanuel. Today, a friend of Francis' ▓▓▓▓▓▓▓▓ came to the above address and he let her in, leaving the door open. Shortly after this Emmanuel came in and confronted him about the money. During this confrontation V1 alleges he was punched in the face, but I did not see any injury. I also spoke with ▓▓▓▓▓▓▓▓▓▓▓▓. She confirmed the fact that Emmanuel was at the residence because she saw him leaving when she arrived home from shopping and she was asked for money. During this interview ▓▓▓▓ received a phone call and told me ▓▓▓▓ was at his other residence at 761 White Rock Rd., also in Bear De. I responded to that address and observed a female in the backyard. She appeared nervous and stated her name was ▓▓▓▓. I put her in my car and I asked her if anyone else was in the house, she stated no. The back door was ajar and I knew this had to be a drug flop house, so I waited for additional officers. During this time a b/m matching Emmanuel's description emerged from the back door. I ordered him out and he went back in. A few minutes later the same subject ran out of the front door. I caught up with him and he refused to comply with my orders to get on the ground. I subsequently deployed my C.E.D (Taser Cartridge #T05-696549) and he was taken into custody. He was identified as Emmanuel H. Jones b/m 04-26-71. (Defendant) A further inspection of the said residence revealed the subject ▓▓▓▓▓▓, who I had been looking for. All subjects were brought to County Hq. During and interviewed, ▓▓▓▓ confirmed ▓▓▓▓ story. Emmanuel admits to going to the residence and having an argument with ▓▓▓▓. He also states he asked for $75.00 from ▓▓▓▓▓▓▓▓ as he was leaving and she was arriving. D1 was not injured, but EMS responded to Hq. D1 refused medical treatment and signed a waiver which has been submitted. Warrants were completed for D1.

---

Police Report From Officer Norris Badge 2463.2 (SLR)

Case Number 1:06-cv-674    Case Name Jones V. Norris

| Reporting Officer | | Supervisor Approval | |
|---|---|---|---|
| OFC NORRIS - 2463 2 | | DOMENICK GREGORY OJNCDXG Date 05/28/2006 1036 | |
| Detective Notified | | Referred To | |
| | | New Castle County PD - Criminal Unit | |
| Solvability Factors | Witness | M O | ☐ Trace Stolen Property | Suspect Named | Status |
| | Suspect Located | Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Identified | Closed |