(The Factors in My appointment of counsel)
(Motion)                    06-674 (SLR)

1. I Emanwel H. Jones lack Education and I am Not
Experience in legal Representation and I take Mental
Health Medication For depression So it's hard For Me
to Represent My case. Tabron V. Grace, 6 F.3d at
156, Rayes V. Johnson, 969 F.2d at 703-04.
Whisenant V. Yuam, 739, F.2d at 163

2. Also I Need appointment of Counsel For Implication
the Need For cross-Examination will Be Impart to this
case Tabron V. Grace, 6 F.3d at 156

FILED
BD scanned
JAN 1 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. Whether the case appears to have merit
Cooper V. Sargenti Co. Inc, 877 F.2d 170 173 (2d cir 1989)
Javeri V. McMickens, 660 F.Supp 325, 326 (S.D N.Y
1987)

4. The Complexity and difficulty of the case
Jackson V. County of Mclean, 953 F.2d 1070, 1073 (7th
cir 1992)

5. I don't know how to do Settlement Negotiations
I'm Not always Focused and I Need other people
to always help me and help me write things, I
also Need counsel So he or She can look up officer
Norris past. Also the get my Medical Records
Continue on Next page

2  part Two

## Factor In appointment of Conusel

5.  From this Institution For My case cause this
Institution said they will only Release my
Medical Records to My Conusel.

6.  I don't have access to the law library here
Enough to do my case and I don't know
How to Read or Spell Enough to do my case.

7.  also I have Evidence at this Institution
that I'll Need Conusel to pick up For me
For My case

Emanuel. H. Jones # 557338
Howard. R. Young Correctional Institution
1301 East 12th Street • P.O. Box 9561
Wilmington, De
19809

WILMINGTON DE 197
18 JAN 2007 PM 3 T

Clerk
U.S. District Court
LockBox. 18
844 N. King Street
Wilmington, De
19801