Case Number: 1:06-cv-674(SLR)

Case Name Jones V. Norris

# "Monetary Relief"

1. Punitive damage. $15,000 — Fifteen thousand

2. Mental anguish & distress. $15,000 — Fifteen thousand

3. Compensatory damage. $20,000 — Twenty thousand

4. Pain & Suffering. $20,000 — Twenty thousand

5. Violation of My Constitutional Rights. $150,000 — one hundred & fifty thousand

6. Violation of My Civil Rights $200,000 — Two hundred thousand

7. Economical damages. $1,000,0000 — one million

FILED
JAN 2 4 2007
BD scanning
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

8. Excessive Force. $50,000 — Fifty thousand

9. Emotional distress humiliation Suffering Nightmares of Police Hurting me $50,000 — Fifty thousand

10. False Imprisonment. $60,000

Case Name: Delaware State Department of Corrections
Case Number: 1:06-cv-773-SLR

## Monetary Relief

1.) Violation of Constitutional Rights   $ 50,000   Fifty thousand

2.) Violation of Civil Rights   $ 50,000   Fifty thousand

3.) Punitive Damage   $ 50,000   Fifty thousand

4.) Compensatory Damage   $ 50,000   Fifty thousand

5.) Pain & Suffering   $ 25,000   Twenty Five thousand

6.) Mental anguish & depression   $ 25,000   Twenty Five thousand

7.) Cruel & Unusual Punishment   $ 25,000   Twenty Five thousand

8.) Mental distress   $ 25,000   Twenty Five thousand

9.) Nominal Damage   $ 50,000   Fifty thousand

Marshall C. Brown #315015
Howard R. Young Correctional Institution
1301 East 12th Street • P.O. Box 9561
Wilmington, DE 19809

WILMINGTON DE 197
19 JAN 2007 PM 2 T

Clerk
US District Court
LockBox.18
844 North King Street
Wilmington, DE 19801