06-674 SLR

Case Name: Jones V. Norris et al

Can you ad this to appointment of Counsel Motion

1. I have a piece of Evidence and Medical Records & Reports that I need appointment of counsel to pick up from this Institution.
   Tucker V. Randall, 948 F.2d at 392

2. I have No Legal education and Need for discovery and Lack of Law Library access at this Institution.
   Rayes V. Johnson, 969 F.2d at 703-04
   Tucker V. Dickey, 613 F. Supp 1124, 1133-34 (wd wis 1985)
   Armstrong V. Snyder, 103 F.R.D 96, 105 (E.D wis 1984)

3. This case is very difficult for me to handle I Really need Help on legal Issues, I Need Help on Constitutional & civil Violations and also deliberate Indifference and due process and post deprivation, pre trial discovery and preparation that is usually Beyond the abilities of a pro se prisoner.
   Tucker V. Randall, 948 F.2d at 392
   Abdullah V. Gunter, 949 F.2d at 1036
   Nilsson V. Loughlin, 670 F. Supp 1186, 1189
   Swofford V. Mandrell, 969 F.2d 547, 552 (7th Cir 1992)
   Johnson V. Williams, 788 F.2d 1319, 1324,-24 (8th Cir 1986)
   Vines V. Howard 676 F. Supp. 608, 616 (E.D pa 1987)


FILED FEB 20 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Emmanuel.H. Jones #557338
Howard.R. Young Correctional Institution
1301 East 12th Street. P.O. Box 9561
Wilmington, De 19809

Clerk
U.S. District Court
LockBox - 18
844 North King Street
Wilmington, De 19801