OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 26, 2007

To:  Emanuel H. Jones
     SBI# 557338
     H.R.Y.C.I.
     P.O. Box 9561
     Wilmington, DE 19809

**RE:  Motion to Appoint Counsel
       Civ. No. 06-674 SLR**.

Dear Mr. Jones:

Documents have been presented for filing in the above referenced case which do not conform to Rule 11(a) of the Federal Rules of Civil Procedure. In order for your motion to appoint counsel to be acceptable for filing, it must be signed by you in accordance with this rule.

Enclosed you will find a copy of your motion to appoint counsel. Please sign and return your corrected motion to the Clerk's office as soon as possible. Also note, all documents presented to the court for filing in the future must be signed by you.

Sincerely,

Peter T. Dalleo
/rpg                             Clerk

cc:  The Honorable Sue L. Robinson
enc: as noted