Dear: Clerk

I would like to have Both of My Civil Actions lawsuit cases to have a Jury For My trial

Case Name: Jones V. Norris et al
Case Number: 1:06-cv-674-SLR


Case Name: Jones V. Delaware State Department of Corrections.
Case Number 1:06-cv-773-SLR


Sincerely Yours
Emanuel. H. Jones
SBI # 557338
Howard. R. Young Correctional Instit
1301 East 12th Street • P.O. Box 9561
Wilmington, DE 19809

(Thank you)



FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Emanuel. H. Jones #557338
Howard. R. Young Correctional Institution
1301 East 12th Street • P.O. Box 9561
Wilmington, DE 19809

Clerk
U.S. District Court
LockBox. 18
844 N. King Street
Wilmington, DE 19801

INMATE LEGAL MAIL