Case Number: 06-cv-674-SLR

## Amended Complaint

The New Castle County Police Department should be held liable for Officer Norris #2463.2 actions and should have Trained Officer Norris in the use of Excessive Force and should have a policy of when to use a Taser and when not to use a Taser, Officer Norris #2463.2 also should of known of my need for Medical care after he shot Me in my Back while My hands was on a parked car and My legs was speaded, I Surrendered Myself to Officer Norris #2463.2, So his actions was very Racist, Evil, Reckless & careless cause Officer Norris could have Killed Me By Not Knowing if I got heart problems or had a pace maker on. Officer Norris Threaten Me to Refuse Medical treatment By saying he'll File other charges on me. Also under Delaware Code the use of Force is Justifiable if all other Reasonable Means of apprehension have Been Exhausted, But all other Reasonable means of apprehension didn't have to Be Exhausted cause I Emanuel.H.Jones Surrendered Myself to Officer Norris so he didn't have to use his Taser, also Officer Norris showed Me discrimination By calling Me a a Nigger, New castle county Police department should also Be held liable For hiring this Officer who discriminates against Blacks cause he called Me a Nigger.

Sincerely yours
Emanuel.H.Jones #557338

FILED
MAR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Emanuel. H. Jones #557338
Howard. R. Young Correctional Institution
1301 East 12th Street • P.O. Box 9561
Wilmington, DE 19809



Clerk
U.S. District Court
LockBox • 18
844 North King Street
Wilmington, DE
19801

INMATE LEGAL MAIL