Dear. Clerk

Can you present this letter for filing with my appointment of counsel Motion.

I Emanuel. H. Jones is having a friend of Mine Help me with writing all My legal Matters to the court, this is the last Motion that My friend will be able to help me with cause he is leaving to go home in a couple of days. Now I don't know what to do But please ask the court to appoint me counsel cause Now I don't have anyBody to help me out My friend helped me with this case from the Begining he helped me write everything Now I have NoBody, I Beg upon the court to please appoint Me counsel cause this case will be very diffecult and this can be Bad policy Because without a lawyer I May Not Be able to handle this case alone and I want to Respond with legal assistance So that I know I'm doing everything Right

Hughes V. Joliet correctional center, 931 F.2d 425, 429 (7th cir. 1991)

06cv674SLR



FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely yours
Emanuel. H. Jones #557338

