IN the United States District Court
For the District of Delaware

Emanuel. H. Jones  )
)
Plaintiff,  )
)  Civil action No. 06-674-SLR
)
V.  )
)
Officer Norris and New  ) Jury Trial Demanded
Castle County Police Department )
)
Defendants.  )
)
)

**Plaintiff Denies Defendant Answer**

FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I Emanuel. H. Jones as the Plaintiff in this civil action Denies all affirmative defense by Defendant.

On May-27-2006 The Defendant caused a very serious injury to My Back and left dark scars on My wrist from the Handcuffs, also acted in a discriminatory manner by calling me a "Nigger" and then shooting me in the back with his "Taser" weapon and left the Taser on me so long I rolled from the back of the parked car My hands was on top of to the front, also the Defendant shot me with his Taser while My My hands was on top of the parked car and legs speaded also Defendant threatened me with additional charges and will make my life a living hell if I did

2

Not Refuse Medical treatment, also Officer Norris of the New Castle County Police Department admits that he "Tasered" Me and that I wasn't Injured From the Taser. There's Records & Reports of My Taser Injury at the Medical Department at Howard.R. Young Correctional Institution also I have a White T-Shirt that I had on May-27-2006 and it haves a Very large Blood stain on the Back of it from the Taser Injury to My Back. The Defendant actions was Very Evil and the Blood stain on My T-Shirt will show that I was Injured and Needed Medical attention, But the Defendant Denied Me of that Right By threatening Me to Refuse Medical treatment. The Defendant actions was Very Evil, Negligent, Reckless, Unlawful, Malicious, Willful, Wanton, and as the Plaintiff in this action My civil & constitutional Rights was Violated and to Be Free From → physical Violence, Mistreatment, threats, Harassment, Illegal detention, Illegal Arrest, and Illegal Searches and Seizures. My Back hurts Me Every day and it's severe pain I Been Taking all different Types of pain Medication and Muscle Relaxers and also under <u>Delaware Code</u> the use of Excessive Force is Justifiable if all other Reasonable Means of apprehension have Been Exhausted, But all other Reasonable means didn't have to Be Exhausted cause I <u>Emanuel. H. Jones</u> Surrendered Myself to Officer Norris

By putting my hands up in the air and placing them on top of a parked car & spreading my legs so he didn't have to use excessive force on me. And due to this officer arrest report that he wrote admitting he used excessive force and also my witness statement and my own true allegations, and the evidence that I have and the medical reports & records here at Howard.R. Young correctional institution this complaint should not be dismissed.

**Conclusion:** The Plaintiff in this action respectfully request that this Court should not dismiss my complaint and amended complaints due to the officer arrest report admitting he used excessive & deadly force, also my witness statement that saw the whole arrest, my own true allegations my evidence that I have and the medical reports & records at Howard.R.Young correctional institution. I would like for the court to enter judgement in favor of the plaintiff.

Emanuel.H.James
SBI #557338
Howard.R.Young Correctional Instit
1301 East 12th Street • P.O. Box 9561
Wilmington, DE 19809