IN the United States District Court
For the District of Delaware

Emanuel. H. Jones,
    Plaintiff,

v.

Officer Norris and
New Castle County
Police Department,
    Defendants.

Civil Action No.
06-674-SLR

FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff Requesting Discovery From Defendants

1.) I as the plaintiff Emanuel. H. Jones would want to know if the defendants in my case to Release Information for my Discovery at Trial.

2.) Does the defendants Officer Norris and the New Castle County Police Department have any past & pending complaints & lawsuits against them for Excessive Force, Racial Discrimination & Threatening

3.) How long has Officer Norris been

4.) Does New castle county Police Department have a policy of when to use a Taser and when Not to use a Taser.

5.) Does the New castle county Police Department have a policy for it's officers Not to Racial discriminate and Not to Threaten any one Being arrested.

6.) How many complaints & lawsuits pending against New castle county Police Department and officer Norris.

Ms. Julie. M. Sebring can you please forward me all the Information I'm Requesting for my Trial, also the clerk of the District court was sent a copy of this Request.

Sincerely Yours
Emanuel. H. Janes #557338
Howard. R. Young correctional Institution
1301 East 12th Street • P.O. Box 9561
Wilmington, DE 19809

Emanuel H. Jones #557338
H.R.Y.C.I * P.O. Box 9561
Wilmington, DE 19809



Clerk
U.S. District Court
LockBox.18
844 N. King Street
Wilmington, DE 19801

LEGAL MAIL ONLY