IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL H. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-674-SLR |
| ) | |
| OFFICER NORRIS and NEW CASTLE ) | |
| COUNTY POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 15th day of June, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **August 13, 2007.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **September 13, 2007.** Answering briefs and affidavits, if any, shall be filed on

or before **October 15, 2007**.  Reply briefs shall be filed on or before **October 29, 2007**.

                                              */s/*
                              United States District Judge