Dear Clerk

My Name is Emanuel Jones #557338 I'm No longer at the Howard R. Young Correctional Institution I'm still in a State Facility called Plummer center can you please forward all Court Mail to the address Below

↓

Emanuel. H. Jones #557338
38 Todds Lane
Wilmington, DE 19802


Plummer Correctional Center

06cv674 SLR
06cv773 SLR



Sincerely yours

Emanuel. H. Jones
SBI #557338
38 Todds Lane
Wilmington, DE
19802