IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EMANUEL JONES                           :
                                        :
         Plaintiff,                     :
                                        :
v.                                      :    C.A. No. 06-674-SLR
                                        :
OFFICER NORRIS and NEW CASTLE           :
COUNTY POLICE DEPARTMENT,               :
                                        :
         Defendants.                    :

**ORDER**

AND NOW, this __18th__ day of __September__, 2007, upon consideration of the Defendants' Motion for Enlargement of Time, the motion is hereby **GRANTED**, and the deadline for the filing of dispositive motions shall be on or before the __31st__ day of __October__, 2007.

_____
                          J.