IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL H. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-674-SLR |
| | ) |
| OFFICER NORRIS and NEW CASTLE | ) |
| COUNTY POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 31st day of March, 2008, there having been no activity in the above-captioned case since September 2007;

IT IS ORDERED that, on or before **May 1, 2008**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

United States District Judge